Certificate Number: 17082-PAE-DE-038792920

Bankruptcy Case Number: 19-16371



17082-PAE-DE-038792920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2024, at 6:28 o'clock AM MST, THOMAS F MCAULIFFE Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 22, 2024           By:   /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:   Executive Director