United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Thomas F McAuliffe, Jr

    Debtor

Case No. 19-16371-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas F McAuliffe, Jr, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| DAVID H. LANG | on behalf of Debtor Thomas F McAuliffe  Jr langlawoffice@gmail.com |
| DENISE ELIZABETH CARLON | |

JAMES RANDOLPH WOOD

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

LEEANE O. HUGGINS

on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

STEVEN K. EISENBERG

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

THOMAS SONG

on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor COMMUNITY LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                          Chapter: 13

    Thomas F McAuliffe, Jr

Debtor(s)                                                              Case No: 19−16371−pmm

---

### *ORDER*

     AND NOW, August 21, 2024, it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                            For The Court

                            Patricia M. Mayer

                            Judge, United States Bankruptcy
                            Court