United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16371-pmm |
| Thomas F McAuliffe, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas F McAuliffe, Jr, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| DAVID H. LANG | on behalf of Debtor Thomas F McAuliffe  Jr langlawoffice@gmail.com |
| DENISE ELIZABETH CARLON | |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Township of Marple jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEEANE O. HUGGINS | |
| | on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| STEVEN K. EISENBERG | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| THOMAS SONG | |
| | on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com |
| THOMAS SONG | |
| | on behalf of Creditor COMMUNITY LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thomas F McAuliffe, Jr
        Debtor(s)

Case No:19−16371−pmm
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 8/21/24

58
Form 234