United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                 Case No. 19-16371-pmm

Thomas F McAuliffe, Jr                                                                      Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                           User: admin                                               Page 1 of 3

Date Rcvd: Aug 27, 2024                                Form ID: 138OBJ                                    Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas F McAuliffe, Jr, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |
| 14546886 | | Bayview Loan Servicing, LLC, c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555635 | + | Community Loan Servicing, LLC, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14700043 | + | Nationstar Mortgage LLC, dba Mr Cooper, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14866977 | + | Nationstar Mortgage LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 14403310 | + | Sherry-Lee McAuliffe, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |
| 14670122 | + | Township of Marple, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14670804 | + | Township of Marple, c/o James R. Woods, Esq., 2700 Horizon Drive, Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2024 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14529528 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 27 2024 23:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14550829 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14403309 | | Email/Text: langlawoffice@gmail.com | Aug 27 2024 23:42:00 | Lang Law Offices, Inc, 230 North Monroe Street, Media, PA 19063 |
| 14834013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:42:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14717353 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:42:00 | Nationstar Mortgage, LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261 |
| 14834012 | + | Email/Text: EBN@brockandscott.com | Aug 27 2024 23:42:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14834542 | + | Email/Text: EBN@brockandscott.com | Aug 27 2024 23:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14436054 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 27 2024 23:42:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

| 14403311 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Aug 27 2024 23:42:00 | US Bank National Association, 4801 Frederica Street, Owensboro, KY 42301-7441 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14546920 | * | Bayview Loan Servicing,LLC, c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14403316 | *P++ | LANG LAW OFFICES INC, ATTN DAVID H LANG, 230 N MONROE ST, MEDIA PA 19063-2908, address filed with court:, Lang Law Offices, Inc, 230 North Monroe Street, Media, PA 19063 |
| 14834543 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14403317 | *+ | Sherry-Lee McAuliffe, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |
| 14403318 | *+ | US Bank National Association, 4801 Frederica Street, Owensboro, KY 42301-7441 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

DANIEL P. JONES
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com bkecf@sterneisenberg.com

DANIEL P. JONES
   on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID H. LANG
   on behalf of Debtor Thomas F McAuliffe Jr langlawoffice@gmail.com

DAVID H. LANG
   on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor Township of Marple jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
   on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jblank@pincuslaw.com mmorris@pincuslaw.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 138OBJ | Total Noticed: 19 |

LEEANE O. HUGGINS
        on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

STEVEN K. EISENBERG
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

THOMAS SONG
        on behalf of Creditor COMMUNITY LOAN SERVICING LLC tomysong0@gmail.com

THOMAS SONG
        on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*Form 138OBJ* (6/24)–doc 65 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Thomas F McAuliffe Jr )  Case No. 19−16371−pmm
)
)
Debtor(s). )  Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2024        For The Court

Timothy B. McGrath
Clerk of Court