United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-16371-pmm
Thomas F McAuliffe, Jr                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2
Date Rcvd: Dec 23, 2024                       Form ID: 195                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas F McAuliffe, Jr, 2609 Cynwyd Avenue, Broomall, PA 19008-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2024              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| DAVID H. LANG | on behalf of Debtor Thomas F McAuliffe  Jr langlawoffice@gmail.com |
| DENISE ELIZABETH CARLON | |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD

on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

LEEANE O. HUGGINS

on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

STEVEN K. EISENBERG

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

THOMAS SONG

on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor COMMUNITY LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Thomas F McAuliffe, Jr                                    : Case No. 19−16371−pmm
                    Debtor(s)

### ORDER

_____

　　　　AND NOW, this day , December 23, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

　　　　ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

72
Form 195